# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

December 8, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

    Re:  Casondra Pollreis, on Behalf of Herself and Her Minor Children,
          W. Y. and S. Y.
          v. Lamont Marzolf, et al.
          No. 23-617
          (Your No. 21-3267)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on December 7, 2023 and placed on the docket December 8, 2023 as No. 23-617.

    Sincerely,

    **Scott S. Harris**, Clerk

    by

    Redmond K. Barnes
    Case Analyst